# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

ORLANDO FERNANDEZ TAVERAS :
    Petitioner
        : CIVIL ACTION NO. 3:13-402
  v.
        : (Judge Mannion)
ERIC HOLDER, et al.,
    Respondents :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY**

**ORDERED THAT:**

1. The above captioned petition for writ of habeas corpus is **DISMISSED** as moot.

2. The Clerk of Court is directed to **CLOSE** this case.

           s/ *Malachy E. Mannion*
           **MALACHY E. MANNION**
           **United States District Judge**

**Date: December 3, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-0402-01-ORDER.wpd

1